# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Paul Steven Kube
Name of Supervising Judicial Officer:  Honorable Thomas O. Rice, U.S. District Court Judge
Docket No:  0980 2:22CR00020-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Paul Steven Kube to travel out of the country.

|  | Respectfully submitted by, |
|---|---|
|  | s/Phil J. Casey        08/29/2022 |
|  | Phil J. Casey             Date |
|  | U.S. Probation Officer |

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

August 30, 2022
Date