FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

# United States District Court
## for the
## Eastern District of Washington

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender:  Paul Steven Kube
Name of Supervising Judicial Officer:  Honorable Thomas O. Rice, U.S. District Judge
Docket No:  0980 2:22CR00020-TOR-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the country.  The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Paul Steven Kube to travel out of the country.

Respectfully submitted by,
s/Phil J. Casey          01/22/2024
Phil J. Casey             Date
U.S. Probation Officer

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  Approves travel request
[ ]  Denies travel request
[ ]  Other

Thomas O. Rice
United States District Judge

January 23, 2024
Date